IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARCELLOUS LIKELY
MCWILLIAMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D17-2146

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed August 15, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Bruce Miller, Public Defender and Thomas F. McGuire III, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the March 7, 2017, judgments and sentences in Escambia County Circuit Court case numbers 2014-CF-004904-A and 2014-CF-004905-A.  Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).  If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

ROWE, MAKAR, and JAY, JJ., CONCUR.